JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ALI EFTEKHARI,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 11-CV-01078-JVS-RNB<br><br>Hon. James V. Selna<br>Dept. 10<br><br>**ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed:    January 14, 2011 |

## <u>ORDER</u>

Pursuant to the parties' joint stipulation of dismissal with prejudice, it is hereby ordered that defendant Allstate Insurance Company be, and hereby is, dismissed with prejudice.

DATED: October 20, 2011      _____

                                Honorable James V. Selna
                                District Court Judge

101690568.1