1

2

3

4
                                                 JS-6

5

6

7

8
# UNITED STATES DISTRICT COURT

9
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11
ALI EFTEKHARI,

            Case No. 11-CV-01078-JVS-RNB

12
     Plaintiff,

            Hon. James V. Selna
            Dept. 10

13
v.

            **ORDER RE DISMISSAL OF**

14
ALLSTATE INSURANCE
COMPANY and DOES 1 through 25,
            **COMPLAINT WITH PREJUDICE**

15
inclusive,

            Complaint Filed:      January 14, 2011

16
     Defendants.

17

18
                                        **<u>ORDER</u>**

19
       Pursuant to the parties' joint stipulation of dismissal with prejudice, it is hereby

20
ordered that defendant Allstate Insurance Company be, and hereby is, dismissed with

21
prejudice.

22
DATED: October 20, 2011      _____

23
                             Honorable James V. Selna
                             District Court Judge

24

25

26
101690568.1

27

28

                                               Case No. 11-CV-01078-JVS-RNB